No. 97–9427.  DAWSON ET AL. v. DISTRICT OF COLUMBIA. C. A. D. C. Cir.  Certiorari denied.

No. 97–9428.  NOLAND v. FRENCH, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 97–9430.  WATSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–9431.  JACKSON v. CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 97–9432.  MOREJON v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 97–9433.  BUENO v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 97–9434.  PATTERSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 97–9435.  EINFELDT v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 97–9436.  BAILEY v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 97–9437.  BLACK v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 97–9438.  BROWN v. WHITE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–9439.  BRUCCHERI v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 97–9440.  TROBAUGH v. IOWA.  C. A. 8th Cir.  Certiorari denied.

No. 97–9443.  TAYLOR v. SHARP.  C. A. 5th Cir.  Certiorari denied.

No. 97–9444.  WILKIE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.